# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK J. VARACCHI and SENTINEL GROWTH RUND MANAGEMENT, LLC,<br><br>    Defendants,<br>and<br><br>RADAR ALTERNATIVE FUND LP and RADAR ALTERNATIVE MASTER FUND SPC,<br><br>    Relief Defendants. | Civil Action No.<br>No. 3:17-cv-00155 (VAB) |

## ORDER GRANTING MOTION FOR ATTORNEY FEES

Jed Horwitt, Esq., the Court-appointed Receiver in this action brought by the Securities and Exchange Commission (the "SEC"), filed a First Interim Application for Attorney Fees and Expenses Incurred on Behalf of the Receivership Estate. The application covers professional fees and expenses incurred between May 1, 2017 and June 30, 2017. Mr. Horwitt shared his application with counsel for the SEC, and the SEC stated that it has no objections to the application. No objection has been filed.

In the application, Mr. Horwitt and his counsel, Zeisler & Zeisler, P.C., submitted a summary of professional fees and expenses requested, prepared in accordance with the Billing Instructions for Receivers in Civil Actions Commenced by the SEC and the Receivership Order.

The summary stated that the Receiver and his counsel agreed to public service discounts of their typical hourly fees, and that they waived services rendered before appointment. The summary also stated that the Receiver and his counsel spent 314.45 hours working on this matter, and that they seek an award of $80,906.00 for professional services and $4,318.50 for reimbursement of expenses. The Receiver and his counsel acknowledged that their fee compensation is subject to a twenty-percent holdback, under SEC Guidelines and the Receivership Order.

This Court has reviewed the Application and supporting documentation and concludes that the requested amounts of $80,906.00 for professional services and $4,318.50 for reimbursement of expenses are fair and reasonable.

Accordingly, the Receiver's Application (ECF No. 27) is **GRANTED**.

It is so ordered.

Dated at Bridgeport, Connecticut, this 13th day of October 2017.

/s/ VICTOR A. BOLDEN
Victor A. Bolden
United States District Judge