# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> MARK J. VARACCHI and SENTINEL GROWTH RUND MANAGEMENT, LLC, <br><br> Defendants, <br> and <br><br> RADAR ALTERNATIVE FUND LP and RADAR ALTERNATIVE MASTER FUND SPC, <br><br> Relief Defendants. | Civil Action No. <br> No. 3:17-cv-00155 (VAB) |

**ORDER GRANTING SECOND MOTION FOR ATTORNEY FEES**

Jed Horwitt, Esq., the Court-appointed Receiver in this action brought by the Securities and Exchange Commission ("SEC"), filed a Second Interim Application for Attorney Fees and Expenses Incurred by the Receiver and his Professionals. ECF No. 33. The application covers professional fees and expenses incurred between July 1, 2017 and September 30, 2017. Mr. Horwitt shared his application with counsel for the SEC, and the SEC stated that it has no objections to the application. *Id.* at 2. No objection has been filed.

In the application, Mr. Horwitt and his counsel, Zeisler & Zeisler, P.C., submitted a summary of professional fees and expenses requested, prepared in accordance with the Billing Instructions for Receivers in Civil Actions Commenced by the SEC and the Receivership Order.

*Id.* at 2. The summary stated that the Receiver and his counsel agreed to public service discounts of fifty percent of their typical hourly fees, making their hourly rate $250. *Id.* at 5.

Mr. Horwitt and his counsel request the following amounts to be paid from the Receivership Account: to Ziesler & Ziesler, Mr. Horwitt's counsel, $79,024.40 for legal services rendered during the compensation period, and $1787.08 for expenses during the same period, subject to a 20% holdback to fees for services. *Id.* at 29. To Verdolino & Lowey, P.C., Mr. Horwitt's accountant and financial advisor, $29,203.60 for services rendered during the compensation period, and $293.61 for expenses during that time period, subject to a 20% holdback to fees for services.

This Court has reviewed the Application and supporting documentation and concludes that the requested amounts of $79,024.40 for legal services and $1,787.08 for expenses, as well as $29,203.60 for professional services and $293.61 for expenses, are fair and reasonable.

Accordingly, the Receiver's Application, ECF No. 33, is **GRANTED**.

It is so ordered.

Dated at Bridgeport, Connecticut, this 28th day of December, 2017.

/s/ VICTOR A. BOLDEN
Victor A. Bolden
United States District Judge