# EXHIBIT A

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

For Quarterly Period July 1, 2018 to September 30, 2018

|  | This Quarter | Duration of Receivership |
|---|---|---|
| **Receipts** | $1,444,756.06 | $2,565,021.85 |
| **Disbursements** | $0.00 | $ (401,159.52) |
| **Net** | $1,444,756.06 | $2,163,862.33 |