UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    *Plaintiff*,<br><br>    v.<br><br>MARK J. VARACCHI and SENTINEL GROWTH FUND MANAGEMENT, LLC,<br>    *Defendants*,<br><br>and<br><br>RADAR ALTERNATIVE FUND LP and RADAR ALTERNATIVE MASTER FUND SPC,<br>    *Relief Defendants*. | No. 3:17-cv-155 (VAB) |

**RULING AND ORDER ON MOTION FOR PROFESSIONAL FEES AND EXPENSES**

On October 26, 2020, Jed Horwitt, Esq., the Court-appointed Receiver in this action brought by the Securities and Exchange Commission ("SEC"), filed a fourteenth interim application for professional fees and expenses incurred in this action. Fourteenth Interim Application for Professional Fees and Expenses Incurred by the Receiver and His Professionals, ECF No. 200 (Oct. 26, 2020). Mr. Horwitt moves for professional fees and expenses incurred between July 1, 2020 and September 30, 2020. *Id.* at 3. Mr. Horwitt shared his application with counsel for the SEC, and the SEC stated that it has no objection to the application. *Id.*

In support of this application, Mr. Horwitt and his counsel, Zeisler & Zeisler, P.C. ("Z&Z"), submitted a summary of professional fees and expenses requested, prepared in accordance with the Billing Instructions for Receivers in Civil Actions Commenced by the SEC and the Receivership Orders. *Id.* ¶ 2. The Receiver has agreed to public service discounts of their typical hourly fees for services primarily provided when serving in his capacity as Receiver, and

he and his counsel have voluntarily agreed to apply those rates to all of the Receiver's time during this period, including for services that were primarily legal in nature. *Id.* ¶¶ 12-13.

Mr. Horwitt and his counsel Z&Z spent 231.60 hours working on this matter during the relevant period, and they seek an award of $66,472.40 for professional services and $12,047.92 for reimbursement of expenses. *Id.* ¶ 4. The Receiver and Z&Z acknowledge that their fee compensation is subject to a twenty-percent holdback, under SEC Guidelines and the Receivership Order. *Id.* ¶ 5.

This Court has reviewed the Application and supporting documentation and concludes that the requested amounts of $66,472.40 for professional services and $12,047.92 for reimbursement of expenses to Mr. Horwitt and Z&Z are fair and reasonable.

Accordingly, the Receiver's Fourteenth Application for Professional Fees and Expenses is **GRANTED**.

**SO ORDERED** at Bridgeport, Connecticut, this 30th day of October, 2020.

/s/ Victor A. Bolden
Victor A. Bolden
United States District Judge