# EXHIBIT E

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK J. VARACCHI and ) <br> SENTINEL GROWTH FUND ) <br> MANAGEMENT, LLC, ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> RADAR ALTERNATIVE FUND LP ) <br> and ) <br> RADAR ALTERNATIVE MASTER ) <br> FUND SPC, ) <br> ) <br> Relief Defendants. ) | Civil Action No. 3:17-cv-00155-VAB |

## CERTIFICATION BY VERDOLINO & LOWEY, P.C.

1. Keith D. Lowey, President of Verdolino & Lowey, P.C., accountant and financial advisor to the Receiver, hereby certifies:

   (a) I have read the Application;

   (b) to the best of my knowledge, information and belief formed after reasonable inquiry, the Application and all fees and expenses therin are true and acclirate and comply with the Billing Instructions (with any exceptions specifically noted in the Certification and described in the Application);

   (c) all fees contained in the Application are based on the rates listed in Verdolino & Lowey's fee schedule attached hereto and such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed;

   (d) Verdolino & Lowey has not included in the amount for which reimbursement is sought the amortization of the cost of any investmenet, equipment, or capital outlay; and,

(e) Verdolino & Lowey is not seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party (except for overnight courier) and Verdolino & Lowey is requesting reimbursement only for the exact amount billed to it by the third-party vendor and paid by Verdolino & Lowey to such vendor.

**I state under penalty of perjury that this is true and complete to the best of my knowledge, information and belief.**

Respectfully submitted,

Dated: January 17, 2022

_____
Keith D. Lowey, President
Verdolino & Lowey, P.C.
124 Washington Street
Foxboro, MA 02035
(508) 543-1720