# EXHIBIT F

| | | | | | |
|---|---|---|---|---|---|
| | Sentinel Fund | | | | |
| | Statement of Services - Verdolino & Lowey, P.C. from October 1, 2021 through December 31, 2021 | | | | |
| | Staff Summary | | | | |
| Staff | Hours | Reduced Rate | Reduced Fees | Usual Rate | Usual Fees |
| Bailey, T | 0.6 | $280.00 | $168.00 | $350.00 | $210.00 |
| Lowey, K | 1.7 | $372.00 | $632.40 | $465.00 | $790.50 |
| Whitehouse | 5.1 | $232.00 | $1,183.20 | $290.00 | $1,479.00 |
| | **7.40** | | **$1,983.60** | | **$2,479.50** |