UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　*Plaintiff*,<br><br>v.<br><br>MARK J. VARACCHI and SENTINEL GROWTH FUND MANAGEMENT, LLC,<br>　　*Defendants*,<br><br>and<br><br>RADAR ALTERNATIVE FUND LP and RADAR ALTERNATIVE MASTER FUND SPC,<br>　　*Relief Defendants*. | No. 3:17-cv-155 (VAB) |

**RULING AND ORDER ON MOTION FOR PROFESSIONAL FEES AND EXPENSES**

On July 22, 2022, Jed Horwitt, Esq., the Court-appointed Receiver in this action brought by the Securities and Exchange Commission ("SEC"), filed a twenty-first interim application for professional fees and expenses incurred in this action. Twenty-First Interim Appl. for Pro. Fees and Expenses Incurred by the Receiver and His Pros., ECF No. 272 (July 22, 2022).

Mr. Horwitt moves for professional fees and expenses incurred between April 1, 2022, through and including June 30, 2022. *Id.* at 3. Mr. Horwitt shared his application with counsel for the SEC, and the SEC stated that it has no objection to the application. *Id.*

In support of this application, Mr. Horwitt, his counsel, Zeisler & Zeisler, P.C. ("Z&Z"), and accountant and financial advisor, Verdolino & Lowey, P.C. ("V&L"), submitted a summary of professional fees and expenses requested, prepared in accordance with the Billing Instructions for Receivers in Civil Actions Commenced by the SEC and the Receivership Orders. *Id.* at 4–5 ¶¶ 2–5. The Receiver has agreed to public service discounts of their typical hourly fees for services primarily provided when serving in his capacity as Receiver, and he, his counsel, and his

accountant and financial advisor have voluntarily agreed to apply those rates to all of the Receiver's time during this period, including for services that were primarily legal in nature. *Id.* at 6–7 ¶¶ 13–15.

Mr. Horwitt and his counsel, Z&Z, spent 32.5 hours working on this matter during the relevant period, and they seek an award of $8,451.20 for professional services and $642.38 for reimbursement of expenses. *Id.* at 4–5 ¶ 4. The Receiver's accountant and financial advisor, V&L, spent 3.5 hours working on this matter during the relevant period, and they seek an award of $812.00 for professional services. The Receiver, Z&Z, and V&L acknowledge that their fee compensation is subject to a twenty-percent holdback, under the SEC Guidelines and the Receivership Orders. *Id.* at 5 ¶ 6.

This Court has reviewed the Application and supporting documentation and concludes that the requested amounts $8,451.20 for professional services and $642.38 for reimbursement of expenses to Mr. Horwitt and Z&Z, and the requested amount $812.00 for Z&Z are fair and reasonable.

Accordingly, the Receiver's Twenty-First Application for Professional Fees and Expenses is **GRANTED**.

**SO ORDERED** at Bridgeport, Connecticut, this 26th day of July, 2022.

        /s/ Victor A. Bolden
        Victor A. Bolden
        United States District Judge