## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　*Plaintiff*,<br><br>　　v.<br><br>MARK J. VARACCHI and SENTINEL GROWTH FUND MANAGEMENT, LLC,<br>　　　*Defendants*,<br><br>and<br><br>RADAR ALTERNATIVE FUND LP and RADAR ALTERNATIVE MASTER FUND SPC,<br>　　　*Relief Defendants*. | No. 3:17-cv-155 (VAB) |

## RULING AND ORDER ON MOTION FOR PROFESSIONAL FEES AND EXPENSES

On October 24, 2022, Jed Horwitt, Esq., the Court-appointed Receiver in this action brought by the Securities and Exchange Commission ("SEC"), filed a twenty-second interim application for professional fees and expenses incurred in this action. *See* Twenty-Second Interim Appl. for Pro. Fees and Expenses Incurred by the Receiver and His Pros., ECF No. 278 (Oct. 24, 2022).

Mr. Horwitt moves for professional fees and expenses incurred between July 1, 2022, through and including September 30, 2022. *Id.* at 3. Mr. Horwitt shared his application with counsel for the SEC, and the SEC stated that it has no objection to the application. *Id.*

In support of this application, Mr. Horwitt, and his counsel, Zeisler & Zeisler, P.C. ("Z&Z"), submitted a summary of professional fees and expenses requested, prepared in accordance with the Billing Instructions for Receivers in Civil Actions Commenced by the SEC and the Receivership Orders. *Id.* at 3–4 ¶¶ 2–5. The Receiver has agreed to public service discounts of their typical hourly fees for services primarily provided when serving in his capacity

as Receiver, and his counsel have voluntarily agreed to apply those rates to all of the Receiver's time during this period, including for services that were primarily legal in nature. *Id.* at 6 ¶¶ 12–14.

Mr. Horwitt and his counsel, Z&Z, spent 32.1 hours working on this matter during the relevant period, and they seek an award of $5,517.60 for professional services and $739.91 for reimbursement of expenses. *Id.* at 4 ¶ 4. The Receiver and Z&Z acknowledge that their fee compensation is subject to a twenty-percent holdback, under the SEC Guidelines and the Receivership Orders. *Id.* at 4 ¶ 5.

This Court has reviewed the Application and supporting documentation and concludes that the requested amounts $5,517.60 for professional services and $739.91 for reimbursement of expenses to Mr. Horwitt and Z&Z are fair and reasonable.

Accordingly, the Receiver's Twenty-Second Application for Professional Fees and Expenses is **GRANTED**.

**SO ORDERED** at Bridgeport, Connecticut, this 25th day of October, 2022.

       /s/ Victor A. Bolden
       Victor A. Bolden
       United States District Judge